**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

---

**No. 97-1367**

---

TONY E. RUTHERFORD,

Plaintiff - Appellant,

and

JOHN DOE; JANE DOE,

Plaintiffs,

versus

JOHN ALDERMAN, III; STEPTOE & JOHNSON; MR/MRS
X, Y, AND/OR Z,

Defendants - Appellees.

---

Appeal from the United States District Court for the Southern District of West Virginia, at Huntington. Charles H. Haden II, Chief District Judge. (CA-96-617)

---

Submitted: May 29, 1997          Decided: August 13, 1997

---

Before NIEMEYER, LUTTIG, and MOTZ, Circuit Judges.

---

Affirmed by unpublished per curiam opinion.

---

Tony E. Rutherford, Appellant Pro Se. Steven Paul McGowan, Jeffrey Kent Phillips, STEPTOE & JOHNSON, Charleston, West Virginia, for Appellees.

---

_____

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Appellant appeals the district court's order denying relief on his complaint filed under 42 U.S.C. §§ 1983, 1985, 1986 (1994). We have reviewed the record and the district court's opinion accepting the magistrate judge's recommendation and find no reversible error. Accordingly, we affirm on the reasoning of the district court. <u>Rutherford v. Alderman</u>, No. CA-96-617 (S.D.W. Va. Mar. 7, 1997).[*] We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>AFFIRMED</u>

_____

[*] Appellant's "Motion to Supplement Docket" is hereby denied.

2